IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DENNIS LEE HOHOL,

    Petitioner,                                         JUDGMENT IN A CIVIL CASE

v.                                                      Case No. 14-cv-81-bbc

MICHAEL DITTMAN and LLOYD
CARTER,

    Respondents.

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered denying the petition of Dennis Lee Hohol for a writ of habeas corpus under 28 U.S.C. § 2254.

      /s/                                                         3/17/2014

Peter Oppeneer, Clerk of Court                      Date